IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JEFFREY WILLIAMS                                              PETITIONER

vs.                                    CIVIL ACTION NO. 5:13cv62-DCB-MTP

WARDEN RILEY                                                  RESPONDENT

<u>ORDER</u>

    This cause came on this date to be heard upon the Report and Recommendation [docket entry 13] of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

    IT IS HEREBY ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and that Respondent Warden Riley's Motion [8] to Dismiss the Petition [1] for Writ of Habeas Corpus is hereby granted and this action is dismissed with prejudice.

    A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

    SO ORDERED, this the  30th  day of December, 2013.

                                             s/David Bramlette
                                       UNITED STATES DISTRICT JUDGE